FILED

OCT 21 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY [signature] DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:26-CR-00065-M-RN-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER ON MOTION TO UNSEAL** |
| | ) | |
| JUAN MARTIN JACOBO | ) | |
| | ) | |

Upon motion of the Government, the above-captioned matter is hereby ORDERED unsealed as this defendant. SO ORDERED.

10/21/2026
DATE

[signature]
ROBERT T. NUMBERS
United States Magistrate Judge